1  BERNARD G. SKOMAL
   Attorney At Law
2  State Bar No. 116239
   1010 2nd Ave, Ste. 1850
3  San Diego, CA  92101
   (619)230-6500
4


FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No. 08mg0998
                           )
       Plaintiff,          )
                           )
   v.                      )  **SUBSTITUTION OF ATTORNEYS**
                           )
JORGE LUIS VERA-LOPEZ,     )
                           )
       Defendant.          )
_____)

The undersigned hereby stipulate and agree that Bernard G. Skomal, Attorney at Law, shall be substituted as counsel of record for defendant, Jorge Luis Vera-Lopez, and that Mayra Garcia shall be relieved as counsel of record in the above captioned case.

**IT IS SO STIPULATED.**

Dated: 4-11-08

_Jorge Luis Vera Lopez_
Jorge Luis Vera-Lopez
Defendant

Dated: 4/11/08

_Mayra L. G._
Mayra Garcia, Attorney

Dated: 4-11-08

_B. Skomal_
Bernard G. Skomal, Attorney

**IT IS SO ORDERED**

Dated: 4/15/08

_Anthony J. Battaglia_
Hon. Anthony J. Battaglia
U.S. Magistrate Judge

