

```
1  BERNARD G. SKOMAL
   Attorney At Law
2  State Bar No. 116239
   1010 2nd Ave, Ste. 1850
3  San Diego, CA  92101
   (619)230-6500
4
```



FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE LUIS VERA-LOPEZ, ) <br> ) <br> Defendant. ) | Case No. 08mg0998 <br><br> **SUBSTITUTION OF ATTORNEYS** |

The undersigned hereby stipulate and agree that Bernard G. Skomal, Attorney at Law, shall be substituted as counsel of record for defendant, Jorge Luis Vera-Lopez, and that Mayra Garcia shall be relieved as counsel of record in the above captioned case.

**IT IS SO STIPULATED.**

Dated: 4-11-08

_Jorge Luis Vera Lopez_
Jorge Luis Vera-Lopez
Defendant

Dated: 4/11/08

_Mayra L. G._
Mayra Garcia, Attorney

Dated: 4-11-08

_B. Skomal_
Bernard G. Skomal, Attorney

**IT IS SO ORDERED**

Dated: 4/15/08

_Anthony J. Battaglia_
Hon. Anthony J. Battaglia
U.S. Magistrate Judge